GEOFFREY A. HANSEN
Acting Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARVIN BAKER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARVIN BAKER,<br><br>　　　　　Defendant. | No. CR-11 00094 DLJ[KAW](NJV)<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING APPEARANCE<br>DATE |

　　　　Marvin Baker is scheduled to appear in this Court on August 16, 2012, pursuant to a summons in connection with a Form 12 alleging three violations of his supervised release. Defense counsel will be unavailable to appear on August 16, 2012. For this reason, IT IS STIPULATED AND AGREED that Mr Baker's appearance in this matter be continued to August 27, 2012, at 9:30 a.m., before United States Magistrate Judge Kandis Westmore, Courtroom 4, Oakland, California. The probation officer has confirmed that she is available on that date.

　　　　SO STIPULATED.

STIP AND ORD                               1

1 | Dated: August 14, 2012

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

4 | Dated: August 14, 2012

/s/
_____
CHRISTINA McCALL
Assistant United States Attorney

Good cause appearing therefor, IT IS ORDERED that Marvin Baker's appearance in this matter be continued to August 27, 2012, at 9:30 a.m., before United States Magistrate Judge Kandis Westmore, Courtroom 4, Oakland, California.

Dated: August 14, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

STIP AND ORD                                                   2