1  SARA RIEF, SBN: 227279
   LAW OFFICES OF HANLON & RIEF
2  179 11TH Street, 2nd Floor
   San Francisco, California 94103
3  (415) 864-5600

4  Attorneys for Defendant
   MARVIN BAKER

5

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR 13-0028 CW |
| Plaintiff, | ) ) | No. CR 11-0094 CW |
| v. | ) ) ) | **STIPULATION & [PROPOSED] ORDER FOR REFERENCE TO MAGISTRATE JUDGE** |
| MARVIN BAKER, | ) ) | |
| Defendant. | ) ) ) | |

   Defendant MARVIN BAKER, by his counsel Sara Rief, and the United States Attorney, by its counsel Assistant U.S. Attorney Kevin Barry, hereby jointly request that the Court refer Mr. Baker to the Magistrate Judge on duty for entry of plea on October 23, 2013 at 9:30 a.m.

Dated: October 17, 2013          */s/Sara Rief*
                                  Sara Rief
                                  LAW OFFICES OF HANLON & RIEF


Dated: October 17, 2013          */s/Kevin Barry*
                                  Kevin Barry
                                  Assistant United States Attorney
                                  Office of The United States Attorney


*Stipulation and [Proposed] Order for Reference: BAKER*                                    1

## ~~[PROPOSED]~~ ORDER

By Stipulation of the parties,

**IT IS HEREBY ORDERED** that defendant Mr. Baker is hereby referred to the Magistrate Judge on duty for change of plea on October 23, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: 10/18/2013

HONORABLE JUDGE CLAUDIA WILKEN
Chief, United States District Judge

*Stipulation and ~~[Proposed]~~ Order for Reference: BAKER*     2